UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Docket No.: 3:14cr91DCB-LRA-003
)
SHAMIKA FULFORD )

## ORDER TO CHANGE SELF-SURRENDER DATE

Comes now, Lee Grubbs, Supervising U.S. Probation Officer, before the Honorable David C. Bramlette, III, Senior United States District Court Judge, to request a change of self-surrender date in the above-cited case. The original date of self-surrender was April 20, 2015. Due to a clerical error, the United States Marshal Service and the Bureau of Prisons were unable to complete the appropriate paperwork for self-surrender. It is respectfully requested the self-surrender date be changed to **May 11, 2015.**

Based upon the above information, the Court hereby ORDERS :

**SHAMIKA FULFORD, Docket Number 3:14cr91DCB-LRA-003, shall self-surrender to the designated facility by 11:30 AM on May 11, 2015, as notified by the U.S. Marshals.**

So ORDERED THIS THE ___20th___ DAY OF April, 2015.

s/David Bramlette
DAVID C. BRAMLETTE, III
SENIOR UNITED STATES DISTRICT COURT JUDGE